UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Case No. 3:23-cr-00014 |
| | ) | |
| WESLEY HARRIS | ) | JUDGE RICHARDSON |

**ORDER**

Defendant's unopposed Motion to Continue Supervised Release Revocation Hearing (Doc. No. 45) is GRANTED. The hearing on the Petition for Summons for Offender on Supervision (Doc. No. 32) is rescheduled for **October 23, 2026, at 10:00 a.m.**

IT IS SO ORDERED.

Eli Richardson
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE